IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RANDAL R. HENSON and
MID-DELTA INSURANCE AGENCY, INC.                    PLAINTIFFS

V.                                    CIVIL ACTION NO. 4:11CV38-M-S

UNITED STATES LIABILITY INSURANCE
COMPANY and U.S. RISK, INC.                         DEFENDANTS

### ORDER SUBSTITUTING PARTY DEFENDANT

THIS CAUSE came before the court on plaintiffs' unopposed motion to substitute party defendant requesting that "Certain Underwriters at Lloyd's, London Subscribing to Previous Policy Number ME09523" be substituted as defendant herein in the place and of "U.S. Risk, Inc." and that the claims against U.S. Risk, Inc. be dismissed without prejudice.

Being fully advised in the premises, the Court finds that the request is well-taken and IT IS ORDERED:

(1) That "Certain Underwriters at Lloyd's, London Subscribing to Previous Policy Number ME09523" be substituted as defendant herein in the place and stead of U.S. Risk, Inc., and that the claims against U.S. Risk, Inc.. be dismissed without prejudice and U.S. Risk, Inc.. is discharged herefrom; and

(2) That the style of this case shall be amended to show "Certain Underwriters at Lloyd's, London Subscribing to Previous Policy Number ME09523" as the defendant, and

SO ORDERED, this the 19th day of April, 2009.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE