IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| RANDAL R. HENSON and MID-DELTA INSURANCE AGENCY, INC. | PLAINTIFFS |
| V. | CIVIL ACTION NO.: 4:11CV38-M-S |
| UNITED STATES LIABILITY INSURANCE COMPANY AND CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO PREVIOUS POLICY NO. ME09523 | DEFENDANTS |

**AND**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO PREVIOUS POLICY NO. ME09523 | COUNTER-PLAINTIFF |
| V. | |
| RANDAL R. HENSON, MID-DELTA INSURANCE AGENCY, INC., REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY, MARK AZLIN, AND THE BOURBON MALL, INC. | COUNTER-DEFENDANTS |

**AGREED ORDER GRANTING MOTION FOR EXTENSION OF TIME TO REPLY**

THIS MATTER, having come before the Court on the Motion of Defendant Certain Underwriters at Lloyd's, London, and the Court being advised in the premises, it is hereby ordered:

Defendant Lloyd's is granted an extension until seven days after Randal Henson / Mid-Delta Insurance Agency, Inc. respond to Lloyd's Motion for Summary Judgment to serve a reply in support of Motion to Quash *[Doc. 45]* and a Motion to Stay Discovery *[Doc. 44]*.

SO ORDERED this the 9th day of January, 2012

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE