IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RANDAL R. HENSON and MID-DELTA
INSURANCE AGENCY, INC.                                                      PLAINTIFFS

V.                                                        CIVIL ACTION NO.: 4:11CV38-M-V

UNITED STATES LIABILITY INSURANCE
COMPANY AND CERTAIN UNDERWRITERS AT
LLOYD'S LONDON SUBSCRIBING TO PREVIOUS
POLICY NO. ME09523                                                         DEFENDANTS

**AND**

CERTAIN UNDERWRITERS AT                                      COUNTER-
 LLOYD'S LONDON SUBSCRIBING TO PREVIOUS                      PLAINTIFF
POLICY NO. ME09523

V.

RANDAL R. HENSON, MID-DELTA                                  COUNTER -
INSURANCE AGENCY, INC., REPUBLIC FIRE                       DEFENDANTS
AND CASUALTY INSURANCE COMPANY, MARK
AZLIN, AND THE BOURBON MALL, INC.

## ORDER

Before the court is Counter-Defendant Republic Fire and Casualty Insurance Company's

Motion to Stay (Doc. 98) these proceedings or in the alternative to grant an extension of its expert

designation deadline and an extension of the discovery deadline. The court has considered the record

of this case and the record of the *Azlin* matter and finds that Republic has failed to establish good

cause for a stay of these proceedings. Accordingly, the motion to stay is not well-taken and is hereby

DENIED.

Further, the deadline for defendants to designate experts expired on March 5, 2012. Republic

filed the instant motion on March 9. Accordingly, Republic's request for an extension of its expert

deadline is untimely, and it has failed to show good cause for an extension. Therefore, Republic's

request for an extension of its expert deadline is DENIED. The court will allow, however, a limited

extension of the discovery deadline and a concomitant extension of the motions deadline.

Accordingly, all discovery must be completed on or before June 15, 2012, and all dispositive motions must be filed on or before 6/29/12.

**SO ORDERED** this 20th day of March, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE